```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

                                          )
IN RE PETITION FOR LEAVE TO FILE          )   M.B.D. No. 19-91265-PBS
       BY ENJOINED LITIGANT               )
                                          )

**ORDER**

June 24, 2019

SARIS, C.D.J.

On June 21, 2019, pro se litigant Precious Okereke submitted a complaint accompanied by a motion for leave to proceed in forma pauperis.

The papers are before the undersigned as the miscellaneous business docket judge pursuant to a September 19, 2012 Memorandum and Order providing that:

> Plaintiff Precious Okereke is precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the written approval of the Miscellaneous Business Docket Judge of the United States District Court for the District of Massachusetts.

Okereke v. Boston Police Hackney Div., C.A. No. 11-11626-RWZ (D. Mass. Sept. 19, 2012)(docket entry #8). That Memorandum and Order states further that:

> If plaintiff Precious Okereke undertakes to file additional papers in this Court, she shall file a written petition seeking leave of court to do so. The petition must contain a copy of this Memorandum and Order, together with the papers

sought to be filed, and a certification under oath that there is a good faith basis for her filing.

Id.

Here, Okereke did not file a written petition seeking leave of court to file a new complaint.  Furthermore, she did not file a copy of the September 19, 2012 Memorandum and Order or a certification under oath that there is a good faith basis for her filing.

For the foregoing reasons, Okereke's complaint and fee-waiver application filed on the civil docket of this court are hereby STRUCK for failing to comply with the September 19, 2012 Memorandum and Order, and this matter is DISMISSED.

SO ORDERED.

                                       /s/ Patti B. Saris
                                       PATTI B. SARIS
                                       CHIEF UNITED STATES DISTRICT JUDGE